# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STEVEN E. KIRK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-07-1218-R |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Order entered herein this 11th day of September, 2008 it is ORDERED, ADJUDGED AND DECREED that Plaintiff have judgment on her complaint and this case be remanded for further administrative proceedings.

IT IS SO ORDERED this 11th day of September, 2008.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE